**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGELIO CANO, JR., | ) NO. CV 11-3529-AHM (MAN) |
| Plaintiff, | ) ORDER ACCEPTING FINDINGS |
| v. | ) AND RECOMMENDATIONS OF |
| DR. W. OLUKANMI, ET AL., | ) UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed. The Court accepts the findings and recommendations set forth in the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for lack of prosecution.

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2  the Judgment herein on the parties.

4       LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: January 4, 2012

                                        _____
                                              A. HOWARD MATZ
                                        UNITED STATES DISTRICT JUDGE