UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROGELIO CANO, JR.,                    ) NO. CV 11-3529-AHM (MAN)
                                      )
            Plaintiff,                )
                                      )
      v.                              ) JUDGMENT
                                      )
DR. W. OLUKANMI, et al.,              )
                                      )
            Defendants.               )
_____)

     Pursuant to the Court's Order Accepting Findings and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the above-captioned action is dismissed without
prejudice.

DATED: January 5, 2012

                              _____
                                      A. HOWARD MATZ
**JS-6**                       UNITED STATES DISTRICT JUDGE