UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO CANO, JR., | ) NO. CV 11-3529-AHM (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| DR. W. OLUKANMI, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 5, 2012

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**